the assessment of damages therefor. No opinion. Motion denied. Appellant may serve case within 60 days.

In re BEVERLY ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the application of the City of New York relative to acquiring ·title for the purpose of opening Beverly Road from Bedford avenue to East Thirty-First street, Brooklyn, etc. No opinion. Motion to resettle order denied, with costs. See, also, 115 N. Y. Supp. 208.

BIEHL, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Joseph Biehl against the Erie Railroad Company. No opinion. Motion to resettle order granted, without costs. See, also, 116 N. Y. Supp. 621.

In re BINNEY et al. (two cases). (Supreme Court, Appellate Division, First Department. October 15, 1909.) In the matter of Edwin Binney and another. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BISCHOFF. (Supreme Court, Appellate Division, First Department. July 13, 1909.) In the matter of Henry Bischoff, deceased. No opinion. Decree affirmed, with costs. Order filed.

BJORK & BACK CONST. CO., Respondent, v. MARRO, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1909.) Action by the Bjork & Back Construction Company against Clemente Marro. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 115 N. Y. Supp. 1112.

In re BLACKMAN. (Supreme Court, Appellate Division, First Department. October 15, 1909.) In the matter of Henry Blackman, deceased. No opinion. Motion to dismiss appeal granted, unless appellant have appeal ready for argument on first motion day of December term. Order filed.

In re BLACKWELL'S ISLAND BRIDGE. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Blackwell's Island Bridge. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 118 App. Div. 272, 103 N. Y. Supp. 441.

BLAKE, Respondent, v. BLAKE, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Mary A. Blake against Hugh S. Blake. No opinion. Order affirmed, with $10 costs and disbursements.

BLANCHARD, Respondent, v. BLANCHARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Action by Esther F. Blanchard, as administratrix, etc., against Amos F. Blanchard. No opinion. Judgment (61 Misc. Rep. 497, 113 N. Y. Supp. 882) affirmed, with costs.

In re BLANCHFIELD. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of James A. Blanchfield. No opinion. Order of the Special Term affirmed, without costs.

BLOCK, Respondent, v. BROWNE, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Emma A. Block against John W. Browne. No opinion. Judgment and order unanimously affirmed, with costs.

BLOOM, Respondent, v. SIMON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Louis Bloom against Joseph Simon, and others. No opinion. Judgment and order unanimously affirmed, with costs.

In re BLUMBERG. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of the application of Leopold Blumberg for license and admission to practice as an official examiner of title. Application granted.

BONTECOU, Respondent, v. VILLAGE OF MATTEAWAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Howell S. Bontecou against the Village of Matteawan. No opinion. Judgment and order of the County Court of Dutchess county affirmed, with costs.

BOOTH, Respondent, v. LITCHFIELD et al., Appellants. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Ralph H. Booth against Edward N. Litchfield and others. W. C. De Witt, for appellants. C. C. Reiley, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed. See, also, 62 Misc. Rep. 279, 114 N. Y. Supp. 1009.

LAUGHLIN and HOUGHTON, JJ., dissent.

BOWEN, Respondent, v. PHŒNIX BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Martha E. Bowen, as administratrix, etc., against the Phœnix Bridge Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle questions before SPRING, J., on two days' notice. See, also, 118 N. Y. Supp. 93.

BOYD, Respondent, v. BOYD, Appellant. (Supreme Court, Appellate Division, Second